UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61368-CIV-ZLOCH

MARILYN BELKIN and
MARK BELKIN,

      Plaintiffs,

vs.                                                       **FINAL ORDER OF DISMISSAL**

HOME DEPOT U.S.A., INC.,

      Defendant.
_____/

    THIS MATTER is before the Court upon the Parties' Joint Stipulation Of Dismissal (DE 29). The Court has carefully reviewed said Stipulation and the entire court file herein and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. That the Parties' Joint Stipulation Of Dismissal (DE 29) be and the same is hereby approved, adopted, and ratified;

    2. The above-styled cause is hereby **DISMISSED** with prejudice; and

    3. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _30th_ day of June, 2008.

                                                /s/ William J. Zloch
                                               WILLIAM J. ZLOCH
                                               United States District Judge

Copies furnished:
All Counsel of Record